**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Ray WILLIAMS, a.k.a. Jason Felix, Defendant–Appellant.**

No. 14–14454.
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 26, 2015.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Terry Flynn, Stephen M. Kunz, Assistant U.S. Attorney, U.S. Attorney's Office, Tallahassee, FL, Pamela C. Marsh, Gregory Patrick McMahon, U.S. Attorney's Office, Gainesville, FL, for Plaintiff–Appellee.

Jason Felix, Barbara Sanders, Sanders & Duncan, PA, Apalachicola, FL, for Defendant–Appellant.

Before: HULL, WILLIAM PRYOR, and JULIE CARNES, Circuit Judges.

PER CURIAM:

Barbara Sanders, appointed counsel for James Ray Williams in this direct criminal appeal, has moved to withdraw from further representation of Williams and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Williams's convictions and sentences are **AFFIRMED.**